IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:   12-po-00004-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANIEL J. STEVENS,

      Defendant.

---

## ORDER SETTING TRIAL TO COURT

---

It is hereby **ORDERED** that this matter is set for a full-day trial to the Court beginning on August 15, 2012 at 9:00 a.m. before Magistrate Judge Gudrun J. Rice at U.S. Courthouse, Wayne Aspinall Federal Building, 400 Rood Avenue, Room 323, Grand Junction, Colorado, 81501.  The provisions of the Local Rules of this Court and Fed. R. Crim. P. 16 shall be followed by the prosecution and the defense.

**IT IS ORDERED**, that a Review Hearing is set for June 14, 2012 at 9:30 a.m.

It is further **ORDERED** that each party shall file with the Clerk of the Court and provide the magistrate judge with an original and two copies of the following materials <u>at the beginning</u> of the court trial:

1.     Witness list in alphabetical order;

2.     Exhibit list (see attached format):

     a.  Trial exhibits shall be pre-marked. The government shall use numbers and the defense shall use letters;

     b.  The parties are to meet and exchange their pre-marked exhibits before the beginning of the trial.

     c.  The parties are to pre-determine the designation of any exhibit which is endorsed by more than one party in order to avoid duplication of exhibits;

       d.  Each party's original trial exhibits shall be used by the witnesses and two copies of the exhibits shall be provided to the magistrate judge;

       e.  Trial exhibits shall be tabbed and placed into notebooks including the Court's copies of the exhibits, <u>unless</u> an exhibit is incapable of being placed into a notebook; and,

       f.  Any exhibit which consists of multiple pages shall have each page of the exhibit sequentially numbered for ease of reference by the witness and for clarity of the record.

3.      A list of any objections any party has to the opponent's exhibits. These objections shall state in a clear and concise fashion the evidentiary grounds for the objection and the legal authority supporting such objection.  If the authority is the Federal Rules of Evidence, the rule number is to be cited; if the authority is case law the Court is to be provided with a copy of the case.

4.      A list of witnesses' scheduling problems indicating times of such witnesses' availability during the trial.

5.      A list of stipulated exhibits.

6.      A list of stipulated facts.

7.      A list of any facts of which a party is asking the Court to take judicial notice.

8.      A list of any unique terms intended to be used during the trial, in alphabetical order (examples: medical, commercial, and scientific terms).

It is further **ORDERED** that, in accordance with Rule 17 of the Federal Rules of Criminal Procedure the clerk will issue a blank subpoena, signed and sealed,  to the party requesting it.  A subpoena must state the court's name and the title of the proceeding including the seal of the court and command the witness to attend and testify at the time and place the subpoena specifies.  The party requesting a blank subpoena must fill in the blanks before the subpoena is served.  If a defendant shows by ex parte application or inability to pay the witness's fees and the necessity of the witness's presence for an adequate defense, the court will order that a subpoena be issued for a <u>named</u>  <u>witness</u>.  If the court orders that a subpoena be issued for a  named witness after a finding that the defendant is unable to pay the witness's fees and the necessity of the witness's presence for an adequate defense the process costs and witness fees will be paid in the same manner as those paid for witnesses the government subpoenas.

It is further **ORDERED**  that a Notice of Disposition shall be filed with the Clerk of the Court no later than August 07, 2012 **AND** a copy shall be provided to the magistrate judge's chambers by email in a Word or Word Perfect attachment.

Dated this 16th day of May, 2012.

BY THE COURT:

s/ Gudrun J. Rice

_____

Gudrun J. Rice
United States Magistrate Judge